No. 97–7697. COLE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7700. RIEGER v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 97–7702. EATON v. GERDES. C. A. 8th Cir. Certiorari denied.

No. 97–7706. ROCHA v. PRICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–7711. ARVIE v. LASTRAPES ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7712. GRAY v. CHESTERFIELD-COLONIAL HEIGHTS DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Va. Certiorari denied.

No. 97–7721. MACIEL v. YARBOROUGH ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7740. MALUMPHY v. RYAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7760. BOOZ v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–7777. JOHNS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–7793. MAXWELL v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 97–7797. WHITE v. SHEARER, SHERIFF, ADAMS COUNTY, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–7814. KUCERNAK v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7816. PACE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.